■ In the Matter of REGINA FARAGE, Petitioner, v YVONNE LEWIS et al., Respondents. [36 NYS3d 922]—Proceeding pursuant to CPLR article 78 in the nature of mandamus and prohibition, inter alia, to compel certain Justices of the Supreme Court, Kings County, to, among other things, vacate certain orders issued by them, and to prohibit those Justices from issuing any further orders in connection with certain underlying actions.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). "Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioner failed to demonstrate a clear legal right to the relief sought. Dillon, J.P., Balkin, Sgroi and LaSalle, JJ., concur.